**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-1835**

---

DEREK JARVIS,

Plaintiff - Appellant,

v.

ENTERPRISE FLEET SERVICES AND LEASING COMPANY,

Defendant - Appellee.

---

**No. 09-1953**

---

DEREK JARVIS,

Plaintiff - Appellant,

v.

ENTERPRISE FLEET SERVICES AND LEASING COMPANY,

Defendant - Appellee.

---

Appeals from the United States District Court for the District of Maryland, at Greenbelt. Charles B. Day, Magistrate Judge. (8:07-cv-03385-DKC)

---

Submitted: December 17, 2009     Decided: December 23, 2009

---

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

_____

Derek Jarvis, Appellant Pro Se.  Edward Lee Isler, Michelle Bodley Radcliffe, ISLER, DARE, RAY, RADCLIFFE & CONNOLLY, PC, Vienna, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek Jarvis seeks to appeal the district court's paperless orders denying his motions to stay and to recuse the magistrate judge and the district court's order granting Defendant's motion for sanctions related to Defendant's motion to compel discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Jarvis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED